## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re Application of

EAD Group LLC,

*Applicant*,

Misc. Action No. 25-

To Obtain Discovery for Use in an
International Proceeding.

### *EX PARTE* APPLICATION FOR AN ORDER
### UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY
### FOR USE IN AN INTERNATIONAL PROCEEDING

Pursuant to 28 U.S.C. § 1782 ("Section 1782"), and Rules 26 and 45 of the Federal Rules of Civil Procedure, Applicant EAD Group LLC ("EAD"), hereby moves *ex parte* for an Order to obtain discovery from (i) Credit Suisse Securities (USA) LLC ("Credit Suisse USA"), (ii) Brown Brothers Harriman & Co. ("BBH"), and (iii) Citibank, N.A. ("Citibank," and collectively with Credit Suisse USA and BBH, the "Custodians"), for use in a pending Swiss civil litigation, captioned *EAD Group LLC v. W Management Services Ltd.*, Zurich District Court Case No. EQ250244-L. This application is supported by the accompanying Memorandum of Law, along with the declarations of Konstantinos D. Katsiris and Mina Attalla Rezk, and the exhibits annexed thereto, filed concurrently with this application.

As set forth in the accompanying documents, this application is brought on the grounds that (1) the discovery sought is for use in a pending foreign proceeding; (2) the discovery is sought from parties who reside and are found in this district; and (3) the application is made by an interested party, which satisfies the requirements of Section 1782. This application also satisfies the discretionary factors that bear consideration in ruling on a Section 1782 request, set forth by

the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

Therefore, EAD respectfully requests that the Court enter an Order (i) authorizing EAD to obtain discovery from the Custodians under 28 U.S.C. § 1782; and (ii) granting EAD leave to serve the subpoenas attached as Exhibits 2-4 to the Declaration of Konstantinos D. Katsiris.

Dated: New York, New York
      November 26, 2025

Respectfully submitted,

**VENABLE LLP**

By:   */s/Kostas D. Katsiris*
    Kostas D. Katsiris
     KDKatsiris@Venable.com
    Benjamin S. Paull
     BSPaull@Venable.com

    151 West 42nd Street
    New York, New York 10036
    (212) 307-5500

*Counsel for Applicant EAD Group LLC*