**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re Application of

EAD Group LLC,

        *Applicant*,

To Obtain Discovery for Use in an
International Proceeding.

Misc. Action No. 25-mc-536 (DEH)

**~~[PROPOSED]~~ ORDER GRANTING EAD GROUP LLC'S**
***EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782**
**TO OBTAIN DISCOVERY FOR USE IN AN INTERNATIONAL PROCEEDING**

This matter comes before the Court on the *Ex Parte* Application of EAD Group LLC ("EAD") for an Order to Obtain Discovery under 28 U.S.C. § 1782, from (i) Credit Suisse Securities (USA) LLC ("Credit Suisse USA"), (ii) Brown Brothers Harriman & Co. ("BBH"), and (iii) Citibank, N.A. ("Citibank," and collectively with Credit Suisse USA and BBH, the "Custodians"), for use in an international proceeding.  Having fully considered EAD's submissions and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      The ~~*Ex Parte*~~ Application of EAD is GRANTED;

2.      EAD is granted leave to issue subpoenas for documents in substantially the same form as Exhibits 2-4 to the Declaration of Konstantinos D. Katsiris, directing the Custodians to produce the materials requested in the subpoenas at the offices of Venable LLP, c/o Kostas D. Katsiris, 151 West 42nd Street, New York, NY 10036, and/or another location mutually agreeable to EAD and the Custodians.

3.      The Custodians shall produce the requested documents within fourteen (14) days of services of the subpoenas, or such other dates as agreed between the parties, and in conformity

with the Federal Rules of Civil Procedures and the Local Rules of the United States District Court for the Southern District of New York.

4.      Until further Order by this Court, the Custodians shall preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the application.

SO ORDERED

Signed this 27th day of ___February, 2026___

_____
Dale E. Ho
U.S. District Judge